UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN CORNELISON,<br><br>            Plaintiff,<br><br>            v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | CV-14-3188-FVS<br><br>ORDER REMANDING FOR FURTHER PROCEEDINGS |

      **THE PARTIES** having jointly moved for remand; Now, therefore

      **IT IS HEREBY ORDERED**:

      The parties "Stipulated Motion" (**ECF No. 23**) is **granted**.

      **IT IS SO ORDERED**.  The District Court Executive is hereby directed to file this Order, furnish copies to counsel, and close the case.

      **DATED** this 19th day of August, 2015.

<u>s/Fred Van Sickle</u>

FRED VAN SICKLE

Senior United States District Judge

Order ~ 1