UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

STEVEN CORNELISON,

              Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

              Defendant.

No.  CV-14-3188-FVS

JUDGMENT IN A
CIVIL CASE

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

DATED:  August 19, 2015

              SEAN F. McAVOY
              Clerk of Court

              By: *s/Shelly Koegler*
                  Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**