# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

STEVEN CORNELISON

*Plaintiff*

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration

*Defendant*

Civil Action No. 1:14-CV-03188-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Van Sickle on a motion for Attorney Fees. Plaintiff's Motion for EAJA Attorney's Fees is GRANTED. The Plaintiff is awarded $6,241.08.

Date: November 24, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy